UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil No. 3:20-cv-06293 |
| ) | |
| v. ) | |
| ) | |
| LINDA MALEH, ) | |
| as the executor of the estate of ) | |
| MURRAY MALEH ) | |
| ) | |
| Defendants. ) | |

## ORDER

The United States' unopposed motion to re-open the case and to continue deadlines through March 30, 2021 is hereby GRANTED.

**SO ORDERED**

/s/ Freda L. Wolfson   March 15, 2021
United States District Judge